IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR 10-1245-TUC-JMR(HCE) |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| Julio Rivera-Baltazar, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

The District Court, having independently reviewed the pleadings in the court file in this matter and the Magistrate Judge's Report and Recommendation,

**IT IS ORDERED** that the District Court **ADOPTS** the Magistrate Judge's Report and Recommendation dated October 12, 2010.

DATED this 9th day of November, 2010.

_____
John M. Roll
Chief United States District Judge