IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR 10-1245-TUC-JMR |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| Julio Rivera-Baltazar, Santos Alvarez, Jr., Guadalupe Fermin Ramirez, | ) ) | |
| | ) | |
| Defendants. | ) | |

The District Court, having independently reviewed the pleadings in the court file in this matter and the Magistrate Judge's Report and Recommendation,

**IT IS ORDERED** the District Court **ADOPTS** the Magistrate Judge's Report and Recommendation (Doc. 116) filed November 2, 2010, except as to the preclusion of statements made at the Border Patrol station by Defendant Ramirez, which were a product of that defendant initiating the discussion and which occurred post advisement of *Miranda* rights.

**IT IS FURTHER ORDERED** the District Court **ADOPTS** the Magistrate Judge's Report and Recommendation (Doc. 117) filed November 2, 2010.

**IT IS FURTHER ORDERED** the District Court **ADOPTS** the Magistrate Judge's Report and Recommendation (Doc. 118) filed November 4, 2010.

DATED this 1st day of December, 2010.

_____
John M. Roll
Chief United States District Judge